**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KATHY YUAN CHEN, | ) | NO. SA CV14-1492-CAS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KIMBERLY HUGHES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 20, 2015.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE